# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1293

_____

John David Johnson,                          *
                                             *
            Appellant,                       *
                                             *
Benjamin E. Schreiber; Dan L. Dorris,        *
P. Cronkhite; R. Sellers, and other          *
unnamed persons,                             *
                                             *
            Plaintiffs,                       *   Appeal from the United States
                                             *   District Court for the
      v.                                      *   Northern District of Iowa.
                                             *
State of Iowa; Department of Justice;        *      [UNPUBLISHED]
Iowa Attorney General, and all other         *
offices of legal authority,                  *
                                             *
            Appellees.                       *

_____

Submitted: August 22, 2000
Filed: August 31, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Iowa inmate John David Johnson appeals from the district court's[1] dismissal without prejudice of his "Motion for Restraining Order." After reviewing the record and appellant's brief, we agree with the district court that Johnson essentially attacks the legality of his imprisonment, and that his claim thus must be brought in a 28 U.S.C. § 2254 petition, after he exhausts his available state remedies. See Preiser v. Rodriguez, 411 U.S. 475, 487-90 (1971). We also conclude that the district court did not abuse its discretion in denying Johnson's motion for reconsideration.

Accordingly, we affirm. See 8th Cir. R. 47B. We also deny the parties' pending motions on appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.